IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES H. TAKECHI, | ) | No. C 10-3777 LHK (PR) |
| Petitioner, | ) | ORDER TO SHOW CAUSE |
| v. | ) | |
| DERRAL G. LEWIS, Warden, | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus challenging a disciplinary hearing and sentence pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. The Court orders Respondent to show cause why a writ of habeas corpus should not be granted.

**DISCUSSION**

**A.** **Standard of Review**

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a state court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show

1  cause why the writ should not be granted, unless it appears from the application that the
2  applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.
3  **B.     Petitioner's Claims**
4         As grounds for federal habeas relief, Petitioner claims that at his September 9, 2008
5  disciplinary hearing, there was no evidence supporting a guilty finding that Petitioner disobeyed
6  a direct order.  Petitioner alleges that this guilty finding resulted in the loss of 30 days of good
7  time credit.  Liberally construed, Petitioner's claim is cognizable on federal habeas review.  The
8  Court orders Respondent to show cause why the petition should not be granted.

## CONCLUSION

10       1.    The Clerk shall serve by mail a copy of this order and the petition and all
11  attachments thereto upon the Respondent and the Respondent's attorney, the Attorney General of
12  the State of California.  The Clerk shall also serve a copy of this order on Petitioner.
13       2.    Respondent shall file with the court and serve on Petitioner, within **ninety days** of
14  the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing
15  Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.
16  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the
17  underlying record that have been transcribed previously and that are relevant to a determination
18  of the issues presented by the petition.
19       If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
20  Court and serving it on Respondent within **thirty days** of the date the answer is filed.
21       3.    Respondent may file a motion to dismiss on procedural grounds in lieu of an
22  answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
23  2254 Cases within **ninety days** of the date this order is filed.  If Respondent files such a motion,
24  Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-
25  opposition within **thirty days** of the date the motion is filed, and Respondent shall file with the
26  Court and serve on Petitioner a reply within **fifteen days** of the date the opposition is filed.
27       4.    It is Petitioner's responsibility to prosecute this case.  Petitioner is reminded that
28  all communications with the Court must be served on respondent by mailing a true copy of the

1  document to Respondent's counsel.  Petitioner must keep the Court and all parties informed of
2  any change of address by filing a separate paper captioned "Notice of Change of Address."  He
3  must comply with the Court's orders in a timely fashion.  Failure to do so may result in the
4  dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure
5  41(b).

6  IT IS SO ORDERED.

7  DATED:   10/7/2010                           *Lucy H. Koh*
                                                 LUCY H. KOH
8                                                United States District Judge